SIGNED.

Dated: August 20, 2018



/s/ Paul Sala

**Paul Sala, Bankruptcy Judge**

UST-27C, 8-95

DAVID A. BIRDSELL
CHAPTER 7 TRUSTEE
216 N. CENTER STREET
MESA, AZ. 85201
(480) 644-1080  (FAX) (480) 644-1082
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| RODRIGUEZ, JOEL | ) | CASE NO. 2:16-bk-09615-PS |
| | ) | |
| | ) | ORDER APPROVING PAYMENT |
| Debtor(s) | ) | OF ADMINISTRATIVE FEES |
| | ) | AND EXPENSES |

DAVID A. BIRDSELL, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

|  |  |
|---|---|
| Trustee Compensation | $232.43 |
| Trustee Expenses | $91.06 |
| TOTAL | $323.49 |

| DATE | THE HONORABLE JUDGE PAUL SALA |
|---|---|
|  | U.S. BANKRUPTCY JUDGE |

OK - LD
8.15.18